UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROSEMARY LOVE, <u>et</u> <u>al</u>., | ) | Case No. 00-CV-2502 (JR) |
| Plaintiffs, | ) |  |
| v. | ) |  |
| DAN GLICKMAN, Secretary of the United States Department of Agriculture, | ) |  |
| Defendant. | ) |  |

**DEFENDANT'S MOTION TO DISMISS
AND TO STRIKE CLASS ACTION ALLEGATIONS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, defendant, the Dan Glickman, Secretary of the United States Department of Agriculture, hereby moves to dismiss Plaintiffs' First Amended Class Action Complaint. In addition, pursuant to Local Rule 23.1(b), defendant moves to strike plaintiffs' class action allegations. The grounds therefor are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

DAVID W. OGDEN
Assistant Attorney General

WILMA A. LEWIS
United States Attorney

MICHAEL SITCOV
Assistant Branch Director

                                            _____
MARK T. QUINLIVAN
Senior Counsel
U.S. Department of Justice
901 E Street, N.W.; Room 1048
Washington, D.C. 20530
Telephone: (202) 514-3346

Attorneys for Defendant

Dated: January 11, 2001

CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of January 2001, I caused true and accurate copies of the foregoing to be deposited in first-class mail, postage-prepaid, addressed to the following counsel for plaintiffs:

        Alexander J. Pires, Jr.
        Conlon, Frantz, Phelan & Pires
        1818 N Street, N.W.
        Suite 700
        Washington, D.C. 20036

        Phillip L. Fraas
        Tuttle, Taylor & Heron
        1025 Thomas Jefferson St., N.W.
        Suite 407W
        Washington, D.C. 20007

_____
MARK T. QUINLIVAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROSEMARY LOVE, et al., | ) |
|     Plaintiffs, | ) Case No. 00-CV-2502 (JR) |
| v. | ) |
| DAN GLICKMAN, Secretary of the United States Department of Agriculture, | ) |
|     Defendant. | ) |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' Motion to Dismiss and to Strike Class Action Allegations. Upon consideration of the foregoing motion, the opposition and reply thereto, argument in open court, and the entire record herein, it is by the Court hereby

ORDERED that defendant's motion be, and the same hereby is, GRANTED; and it is further

ORDERED that plaintiffs' First Amended Class Action Complaint is hereby DISMISSED WITH PREJUDICE.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

DATED this ____ day of _____ 2001

Copies to:

Alexander J. Pires, Jr.
Conlon, Frantz, Phelan & Pires
1818 N Street, N.W.
Suite 700
Washington, D.C. 20036

Phillip L. Fraas
Tuttle, Taylor & Heron
1025 Thomas Jefferson St., N.W.
Suite 407W
Washington, D.C. 20007

Mark T. Quinlivan
Senior Counsel
United States Department of Justice
901 E Street, N.W.; Room 1048
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSEMARY LOVE, et al., | ) | Case No. 00-CV-2502 (JR) |
| Plaintiffs, | ) | |
| v. | ) | |
| DAN GLICKMAN, Secretary of the United States Department of Agriculture, | ) | |
| Defendant. | ) | |

**ALTERNATIVE [PROPOSED] ORDER**

This matter comes before the Court on Defendants' Motion to Dismiss and to Strike Class Action Allegations. Upon consideration of the foregoing motion, the opposition and reply thereto, argument in open court, and the entire record herein, it is by the Court hereby

ORDERED that defendant's motion to strike plaintiffs' class action allegations be, and the same hereby is, GRANTED; and it further

ORDERED that plaintiffs' class action allegations are hereby STRICKEN.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

DATED this _____ day of _____ 2001

Copies to:

Alexander J. Pires, Jr.
Conlon, Frantz, Phelan & Pires
1818 N Street, N.W.
Suite 700
Washington, D.C. 20036

Phillip L. Fraas
Tuttle, Taylor & Heron
1025 Thomas Jefferson St., N.W.
Suite 407W
Washington, D.C. 20007

Mark T. Quinlivan
Senior Counsel
United States Department of Justice
901 E Street, N.W.; Room 1048
Washington, D.C. 20530