UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSEMARY LOVE, *et al.*,

      Plaintiffs,

v.

DAN GLICKMAN, Secretary, U.S.
Department of Agriculture,

      Defendant.

Civil Action No. 00-2502 (JR)

**FILED**

MAR - 2 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Plaintiff's motion for preliminary injunction makes no showing of likelihood of success on the merits or of irreparable injury. It is accordingly this ___ day of March, 2001,

ORDERED that the motion [# 16] be and the same is hereby denied.

_____
JAMES ROBERTSON
United States District Judge

Copies to:

Alexander J. Pires Jr.
Conlon, Frantz, Phelan &
Pires, LLP
1818 N Street, N.W.
Suite 700
Washington, DC 20036

Phillip L. Fraas
Tuttle, Taylor & Heron
1025 Thomas Jefferson Street, N.W.
Washington, DC 20007

Counsel for Plaintiffs

Judry L. Subar
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 833
Washington, DC 20044

Counsel for Defendant