# Arent Fox
ATTORNEYS AT LAW

December 21, 2004

**Barbara S. Wahl**
202.857.6415 DIRECT
202.857.6395 FAX
wahl.barbara@arentfox.com

**VIA FEDERAL EXPRESS**

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re: *Rosemary Love, et al. v. Ann Veneman, Secretary, United States Department of Agriculture*, United States Court of Appeals for the District of Columbia Circuit, No. 04-8010; United States District Court for the District of Columbia, No. 00-2502

Dear Sir/Madam:

We represent Plaintiffs Rosemary Love et al. ("Plaintiffs") in the above-referenced matter. Pursuant to Rule 5(d) of the Federal Rules of Appellate Procedure, enclosed is a check made payable to the Clerk, U.S. District Court, in the amount of $255.00 for the docketing fee for Plaintiffs' interlocutory appeal in the above-referenced matter. We have also enclosed for your convenience a copy of the Order from the United States Court of Appeals for the District of Columbia Circuit that grants Plaintiffs' petition for permission to take an interlocutory appeal.

Please do not hesitate to contact me with any questions. Thank you for your assistance in this matter.

Sincerely,

*Barbara S. Wahl*

Barbara S. Wahl

Enclosures

cc: Joshua Z. Rabinovitz, Esq. (w/encs.) (via first class mail)
Charles W. Scarborough, Esq. (w/encs.) (via first class mail)

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 04-8010**          **September Term, 2004**

00cv02502

In re: Rosemary Love, et al.,
    Petitioners

Filed On: UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT FILED DEC 16 2004 CLERK

**BEFORE:** Edwards, Randolph, and Tatel, Circuit Judges

### ORDER

Upon consideration of the petition for permission to take an interlocutory appeal, the response thereto, and the reply, it is

**ORDERED** that the petition be granted. See Fed. R. Civ. P. 23(f); In re Lorazepam & Clorazepate Antitrust Litig., 289 F.3d 98 (D.C. Cir. 2002). Approval of the petition is without prejudice to reconsideration by the merits panel.

The Clerk is directed to transmit a certified copy of this order to the district court. The district court will file the order as a notice of appeal pursuant to Fed. R. App. P. 5 and collect the mandatory docketing fee from appellants. Upon payment of the fee, the district court is to certify and transmit the preliminary record to this court, after which the case will be assigned a general docket number and proceed in the normal course.

**Per Curiam**