# United States Court of Appeals
### For The District of Columbia Circuit

**No. 08-8004**                                    **September Term 2007**

00cv02502

**Filed On:** April 18, 2008

In re: Rosemary Love, et al.,

      Petitioners

      **BEFORE:**    Henderson, Rogers, and Tatel, Circuit Judges

### ORDER

Upon consideration of the petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), the opposition thereto, and the reply, it is

**ORDERED** that the petition be granted. See 28 U.S.C. § 1292(b). Approval of the petition is without prejudice to reconsideration by the merits panel.

The Clerk is directed to transmit a certified copy of this order to the district court. The district court will file the order as a notice of appeal pursuant to Fed. R. App. P. 5 and collect the mandatory docketing fee from appellants. Upon payment of the fee, the district court is to certify and transmit the preliminary records to this court, after which the cases will proceed in the normal course.

**Per Curiam**

**RECEIVED**

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616011961
Cashier ID: lfizer
Transaction Date: 04/29/2008
Payer Name: ARENT FOX
------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ARENT FOX
 Amount:        $455.00
------------------------------
CHECK
 Check/Money Order Num: 482989
 Amt Tendered:  $455.00
------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

00 2502

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```