# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEMARY LOVE et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 00-2502 (RBW) |
| | ) |
| TOM VILSACK, | ) |
| United States Secretary of Agriculture | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the oral rulings issued by the Court at the conclusion of the motions hearing and status conference held on this same date, it is

**ORDERED** that the Motion to Intervene filed by approximately 286 individuals on March 23, 2011, is **HELD IN ABEYANCE** until further order of the Court. It is further

**ORDERED** that this case shall remain **STAYED** until further order of the Court. It is further

**ORDERED** that the parties, as well as the movants, shall appear before the Court at 9:15 a.m. on June 23, 2011, for a further status conference and hearing on the merits of the Motion to Intervene.

**SO ORDERED** this 15th day of April, 2011.

REGGIE B. WALTON
United States District Judge