IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEMARY LOVE, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THOMAS VILSACK, SECRETARY )<br>UNITED STATES DEPARTMENT OF )<br>   AGRICULTURE, )<br>)<br>Defendant. )<br>) | Case Number:  1:00CV02502<br><br>Judge: Walton, J. |

### PLAINTIFFS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(2)

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs Rose Mary Love, Joyce King, Lind Bara Weaver, Margaret Odom, Phyllis Robertson, Edith Scruggs, Maryland Wynne, and Gail Lennon (the "Moving Plaintiffs"), eight of the ten Plaintiffs herein,[1] move the Court for an Order dismissing with prejudice Counts I (Declaratory Judgment) and II (Violation of Equal Credit Opportunity Act) as to them, leaving intact Counts III (Violation of Equal Protection under the Fifth Amendment of the U.S. Constitution; Injunctive Relief), IV (Violation of Due Process under the Fifth Amendment of the U.S. Constitution; Injunctive Relief), V (Violation of Unconstitutional Conditions Doctrine), and VI (Violation of Administrative Procedure Act; Injunctive Relief) of the Fourth Amended and Supplemental Complaint.

As grounds for this Motion, the Moving Plaintiffs state that in connection with their submission of a claim in the administrative claims process, they were required to submit to the claims administrator a stipulation of dismissal with prejudice pertaining to claims of loan

---

[1] Plaintiffs Joyce Acomb and Mary Brown do not join in this Motion, but they also do not oppose it.

discrimination by the United States Department of Agriculture and other governmental agencies during the periods January 1, 1981 through December 31, 1996 and October 19, 1998 through October 19, 2000 ("Stipulation").  Upon acceptance of each Moving Plaintiff's claim package, the government was to file the Stipulation.  The Moving Plaintiffs duly submitted Stipulations, which were subsequently signed by Defendant's counsel and filed with the Court.  The Moving Plaintiffs, and evidently Defendant as well, did not realize that the Stipulations did not, without a Court order, effect a final dismissal of any of the Moving Plaintiffs' claims.  Accordingly, the Moving Plaintiffs hereby request that the Court dismiss with prejudice Counts I and II pertaining to them.  The Moving Plaintiffs respectfully refer the Court to the Memorandum of Points and Authorities accompanying this Motion.

Pursuant to Local Rule 7(m), counsel for the Moving Plaintiffs contacted counsel for the Defendant, who indicated that the Defendant does not consent to this Motion.

WHEREFORE, the Moving Plaintiffs request that the Court enter the draft Order submitted with this Motion, dismissing with prejudice Counts I and II as to them only.

Date:  July 7, 2014			Respectfully submitted,

 /s/ Barbara S. Wahl
Marc L. Fleischaker #004333
Barbara S. Wahl #297978
Kristine J. Dunne #471348
Alison Lima Andersen #997260
ARENT FOX LLP
1717 K Street, N.W.
Washington, D.C.  20036-5342
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395

Roderic V.O. Boggs
WASHINGTON LAWYERS
COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS
11 Dupont Circle, N.W. - Suite 400
Washington, D.C.  20036
Telephone:  (202) 319-1000
Facsimile:  (202) 319-1010

Alexander John Pires, Jr. # 185009
PIRES COOLEY
4401 Q Street, N.W.
Washington, D.C.  20007
Telephone:  (202) 333-1134
Facsimile:  (202) 338-3635

Philip L. Fraas # 211219
STINSON MORRISON HECKER, LLP
1150 18th Street, N.W. – Suite 800
Washington, D.C.  20036
Telephone:  (202) 572-9904
Facsimile:  (202) 572-9946

*Counsel for Plaintiffs Rose Mary Love, Joyce King, Lind Bara Weaver, Margaret Odom, Phyllis Robertson, Edith Scruggs, Maryland Wynne, and Gail Lennon*